**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:
Thomas Callaghan
Karen Callaghan,

        Debtors                              Case No. 14-57093
                                                  Chapter 13
                                                  Judge Hoffman

**NOTICE OF CHANGE OF ADDRESS**
**FOR KAREN CALLAGHAN**

The Debtor, Karen Callaghan, hereby notifies the Court of her change of address as follows:

1992 Aberdeen Drive
Columbus, Ohio 43220

                                                  /s/ Michael T. Gunner
                                                  Michael T. Gunner (0002078)
                                                  Isaac Wiles
                                                  Two Miranova Place, Suite 700
                                                  Columbus, Ohio 43215
                                                  (614) 221-2121
                                                  (614) 365-9516 (fax)
                                                  mgunner@isaacwiles.com
                                                  Attorney for the Debtors

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Change of Address was served either electronically at the e-mail addresses registered with the Court's ECF System or by regular U.S. Mail, postage prepaid this 18th day of April, 2016.

Serve electronically upon:

US Trustee
Faye English, US Trustee

Served by regular U.S. Mail postage pre-paid:

Thomas Callaghan
4089 Pegg Ave
Columbus, Ohio 43214

Karen Callaghan
1992 Aberdeen Drive
Columbus, Ohio 43220

                                               /s/ Michael T. Gunner
                                               Michael T. Gunner (0002078)
                                               Attorney for Debtors