**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:

Thomas Callaghan
Karen Callaghan,                                                                                  Case No. 14-57093
                Debtors                                                             Chapter 13
                                                                                                         Judge Hoffman

**NOTICE OF CHANGE OF**
**ADDRESS FOR DEBTOR**
**KAREN CALLAGHAN**

Karen Callaghan, Debtor hereby notifies the Court that her address is changed to:

    Karen Callaghan
    4033 Boyer Ridge Drive
    Canal Winchester, Ohio 43110

                                                                                    /s/ Michael T. Gunner
                                                                                    Michael T. Gunner (0002078)
                                                                                    Isaac Wiles
                                                                                    Two Miranova Place., Suite 700
                                                                                    Columbus, Ohio 43215
                                                                                    (614) 221-2121
                                                                                    (614) 365-9516 (fax)
                                                                                    mgunner@isaacwiles.com
                                                                                    Attorney for the Debtors

**CERTIFICATE OF SERVICE**

A copy of the foregoing change of address was served electronically upon those parties registered with the Clerk of Courts for electronic service at the address on file with the Clerk, this 29th day of April, 2016:

United States Trustee
Faye English, Ch. 13 Trustee

And ordinary mail service upon the following:

Thomas Callaghan
4089 Pegg Avenue
Columbus, Ohio 43214

Karen Callaghan
4033 Boyer Ridge Dr.
Canal Winchester, Ohio 43110

                                                      /s/ Michael T. Gunner
                                                      Michael T. Gunner (0002078)
                                                      Attorney for the Debtors