## United States Bankruptcy Court
### Southern District of Ohio

In re: **Tom D. Callaghan, Karen A. Callaghan**, Debtor(s)

Case No. **2:14-bk-57093**

Chapter **7**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-3548**

Joint Debtor's Social Security Number: **xxx-xx-2490**

**My (Our) Former Mailing Address and Telephone Number was:**

| | |
|---|---|
| Name: | **Tom D. Callaghan** |
| Street: | **4089 Pegg Ave** |
| City, State and Zip: | **Columbus, OH 43214** |
| Telephone #: | **451-6329** |

**Please be advised that effective July 6, 2016, my (our) new mailing address and telephone number is:**

| | |
|---|---|
| **Name:** | **Tom D. Callaghan** |
| **Street:** | **5256 Griffen House Ct.** |
| **City, State and Zip:** | **Columbus, OH 43235** |
| **Telephone #:** | **614-570-2003** |

/s/ Tom D. Callaghan
**Tom D. Callaghan**
Debtor