# United States Bankruptcy Court
## Southern District of Ohio

In re: **Tom D. Callaghan / Karen A. Callaghan**, Debtor(s)

Case No. **2:14-bk-57093**
Chapter **7**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-3548**

Joint Debtor's Social Security Number: **xxx-xx-2490**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: Karen A. Callaghan
Street: 4033 Boyer Ridge Drive
City, State and Zip: Canal Winchester, OH 43110
Telephone #:

**Please be advised that effective July 6, 2016, my (our) new mailing address and telephone number is:**

Name: **Karen A. Callaghan**
Street: **1992 Aberdeen Dr.**
City, State and Zip: **Columbus, OH 43220-2983**
Telephone #: **(614) 451-6329**

/s/ Karen A. Callaghan
**Karen A. Callaghan**
Joint Debtor